■ LUCRETIA JONES, Respondent, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. [644 NYS2d 617]

Defendant has failed to demonstrate that the evidence adduced at trial affects our prior determination (183 AD2d 658) that, under the particular facts of this case, there existed a special relationship between defendant municipality and

plaintiff creating a duty on the part of the former to provide police protection to the latter. Concur—Murphy, P. J., Milonas, Wallach, Ross and Nardelli, JJ.